# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00626-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**Budget PrePay, Inc. , Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-11-001189, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Per Curiam

Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas have filed an agreed motion to abate this appeal pending consummation of settlement.[1]  Accordingly, we grant the motion and abate the appeal until May 6, 2015, or until further order of this Court.  All appellate deadlines will be tolled during the period of abatement.  Absent further order of this Court, this appeal will be automatically reinstated after May 6, 2015.

---

[1]  We substitute Glen Hegar, in his official capacity, as successor to Susan Combs as Comptroller of Public Accounts and Ken Paxton, in his official capacity, as successor to Greg Abbott as Attorney General.  *See* Tex. R. App. P. 7.2(a).

Before Chief Justice Rose, Justices Goodwin and Field

Abated

Filed:   April 7, 2015